UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                                      Case No. 13-cr-25-05-PB

<u>James Joyce, et al.</u>


<u>**O R D E R**</u>

    Defendant Michael Caissie has moved to continue the August 20, 2013 trial in this multiple defendant case, citing a scheduling conflict with the current trial date and the availability of all parties for trial on October 1, 2013.  The government and all co-defendants consent to a continuance of the trial date.

    Accordingly, for the reasons stated in the motion and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from August 20, 2013 to October 1, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that, for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The August 13, 2013 final pretrial conference is continued to September 19, 2013, at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 8, 2013

cc: Roger Chadwick, Jr., Esq.
Jonathan Cohen, Esq.
Benjamin Falkner, Esq.
James Gleason, Esq.
Cathy Green, Esq.
Jonathan Saxe, Esq.
Jennifer C. Davis, AUSA
United States Marshal
United States Probation